1  Seth B. Herring (SBN 253907)
   Email:    sherring@reedsmith.com
2  Katrina M. Kershner (SBN 294045)
   Email:    kkershner@reedsmith.com
3  Eryn N. Terry (SBN 340865)
   Email:    eterry@reedsmith.com
4  REED SMITH LLP
   101 Second Street
5  Suite 1800
   San Francisco, CA  94105-3659
6  Telephone: +1 415 543 8700
   Facsimile: +1 415 391 8269

8  Attorneys for Plaintiff
   BENEFIT COSMETICS LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENEFIT COSMETICS LLC,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>E.L.F. COSMETICS, INC.,<br><br>　　　　　Defendant. | Case No. 3:23-cv-00861-RS<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

It is hereby stipulated and agreed, by and among Plaintiff and Defendant, through their undersigned attorneys (Defendant's counsel not yet admitted in the Northern District of California), that the time for Defendant to answer, move, or otherwise respond to the Complaint is extended from March 21, 2023 to April 20, 2023.

Pursuant to Local Rule 5(h)(3), filing counsel attests that all other signatories listed below, on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

DATED:  March 15, 2023

REED SMITH LLP

By: /s/ Eryn N. Terry
Seth B. Herring (SBN 253907)
Katrina M. Kershner (SBN 294045)
Eryn N. Terry (SBN 340865)

Attorneys for Plaintiff

AMSTER, ROTHSTEIN & EBENSTEIN LLP

By: /s/ Anthony F. Lo Cicero
Anthony F. Lo Cicero
(Not yet admitted to NDCA)

Attorneys for Defendant