Seth B. Herring (SBN 253907)
Email: sherring@reedsmith.com
Katrina M. Kershner (SBN 294045)
Email: kkershner@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Eryn N. Terry (SBN 340865)
Email: eterry@reedsmith.com
REED SMITH LLP
355 S Grand Ave #2900
Los Angeles, CA 90071
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Attorneys for Plaintiff
BENEFIT COSMETICS LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENEFIT COSMETICS LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>E.L.F. COSMETICS, INC.<br><br>　　　　　Defendant. | Case No.: 3:23-cv-00861-RS<br><br>**[PROPOSED] ORDER DENYING DEFENDANT E.L.F. COSMETICS, INC.'S MOTION TO MODIFY THE CASE MANAGEMENT SCHEDULING ORDER**<br><br>Trial Date:　August 26, 2024<br>Courtroom:　3<br>Judge:　　　Hon. Richard Seeborg |

Having considered Defendant e.l.f. Cosmetics, Inc.'s Motion to Modify the Case Management Scheduling Order and Plaintiff's opposition thereto, the Court hereby DENIES the Motion due to Defendant's failure to demonstrate good cause to amend the schedule. The deadlines and dates shall remain unchanged.

DATED: _____          _____
                                        HON. RICHARD SEEBORG