United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENEFIT COSMETICS LLC,<br><br>   Plaintiff,<br><br>   v.<br><br>E.L.F. COSMETICS, INC.,<br><br>   Defendant. | Case No. 23-cv-00861-RS<br><br>**ORDER GRANTING MOTION TO MODIFY CASE MANAGEMENT SCHEDULE** |

Defendant e.l.f. Cosmetics, Inc. has moved to extend the deadline for non-expert discovery from January 16, 2024, to February 15, 2024. Good cause having been shown, this deadline will be extended to February 15th. Benefit Cosmetics LLC correctly points out, however, that should Defendant seek to conduct more than 10 non-expert depositions, it will need to seek leave to do so from the magistrate judge assigned to this case.

**IT IS SO ORDERED**.

Dated: January 3, 2024

_____
RICHARD SEEBORG
Chief United States District Judge