UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BENEFIT COSMETICS LLC,

    Plaintiff,

v.

E.L.F. COSMETICS, INC.,

    Defendant.

Case No. 23-cv-00861-RS

**SUPPLEMENTAL SCHEDULING ORDER**

At the further case management conference, the parties noted that the existing dispositive motion hearing date, currently scheduled for June 27, 2024, conflicts with the court's schedule. The parties verbally stipulated to continuing that date to July 18, 2024. Accordingly, the new dispositive motion hearing date is continued to July 18, 2024, and all associated briefing must be completed by July 4, 2024.

**IT IS SO ORDERED**.

Dated: February 29, 2024

                                                                               
RICHARD SEEBORG
Chief United States District Judge