Seth B. Herring (SBN 253907)
Email: sherring@reedsmith.com
Adaline J. Hilgard (SBN 173213)
Email: ahilgard@reedsmith.com
Quynh La (SBN 341162)
Email: qla@reedsmith.com
REED SMITH LLP
101 Second St., Suite 1800
San Francisco, CA 94105
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Plaintiff,
BENEFIT COSMETICS LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| BENEFIT COSMETICS LLC,<br><br>    Plaintiff,<br><br>v.<br><br>E.L.F. COSMETICS, INC.<br><br>    Defendant. | Case No. 3:23-cv-00861-RS<br><br>**DECLARATION OF SETH B. HERRING IN SUPPORT OF PLAINTIFF BENEFIT COSMETICS LLC'S NOTICE OF MOTION AND MOTION TO EXCLUDE OPINIONS VICTORIA COLBY, GLENN MAY AND SARAH BUTLER**<br><br>Courtroom: 3<br>Judge: Hon. Richard Seeborg<br>Hearing Date: July 18, 2024<br>Hearing Time: 1:30 p.m.<br>Trial Date: Aug. 26, 2024 |

Case No. 3:23-cv-00861-RS

DECLARATION OF SETH B. HERRING IN SUPPORT OF PLAINTIFF'S NOTICE OF MOTION AND MOTION
TO EXCLUDE OPINIONS OF VICTORIA COLBY, GLENN MAY, AND SARAH BUTLER

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

I, Seth B. Herring, hereby declare as follows:

1. I am a partner at Reed Smith LLP, counsel for Plaintiff Benefit Cosmetics ("Benefit") in this action. I make this declaration based on my personal knowledge and, where applicable, on information and belief. If called to testify as a witness, I could and would competently testify to the truth of the matters stated herein.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the expert report with exhibits from Defendant e.l.f. Cosmetics, Inc.'s ("e.l.f." or "Defendant") expert Victoria Colby ("Colby Report"), dated March 1, 2024.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the expert report with exhibits from Defendant's expert Glenn May, dated March 1, 2024.

4. Attached hereto as **Exhibit 3** and filed provisionally under seal is a true and correct copy of excerpts from the deposition of Jessica Urhausen ("Urhausen Deposition"), taken on November 15, 2023.

5. Attached hereto as **Exhibit 4** and filed provisionally under seal is a true and correct copy of a document produced by Defendant in this case bearing Bates stamp ELF0000097-98.

6. Attached hereto as **Exhibit 5** and filed provisionally under seal is a true and correct copy of Exhibit 24 from the Urhausen Deposition, referenced in paragraph 4 above.

7. Attached hereto as **Exhibit 6** and filed provisionally under seal is a true and correct copy of Exhibit 11 from the Urhausen Deposition, referenced in paragraph 4 above.

8. Attached hereto as **Exhibit 7** and filed provisionally under seal is a true and correct copy of Exhibit 13 from the Urhausen Deposition, referenced in paragraph 4 above.

9. Attached hereto as **Exhibit 8** and filed provisionally under seal is a true and correct copy of Exhibit 9 from the Urhausen Deposition, referenced in paragraph 4 above.

10. Attached hereto as **Exhibit 9** and filed provisionally under seal is a true and correct copy of Exhibit 18 from the Urhausen Deposition, referenced in paragraph 4 above.

11. Attached hereto as **Exhibit 10** and filed provisionally under seal is a true and correct copy of excerpts from Exhibit 22 from the Urhausen Deposition, referenced in paragraph 4 above.

12. Attached hereto as **Exhibit 11** and filed provisionally under seal is a true and correct copy of excerpts from the deposition of Brooklyn Boston, taken on December 20, 2023.

13. Attached hereto as **Exhibit 12** and filed provisionally under seal is a true and correct copy of Exhibit 26 from the Urhausen Deposition, referenced in paragraph 4 above.

14. Attached hereto as **Exhibit 13** is a true and correct copy of excerpts from the deposition of Megan Fletcher, taken on December 14, 2023.

15. Attached hereto as **Exhibit 14** and filed provisionally under seal is a true and correct copy of Exhibit 10 from the Urhausen Deposition, referenced in paragraph 4 above.

16. Attached hereto as **Exhibit 15** is a true and correct copy of excerpts from the deposition of Victoria Colby ("Colby Deposition"), taken on June 5, 2024.

17. Attached hereto as **Exhibit 16** and filed provisionally under seal is a true and correct copy of excerpts from the deposition of Glenn May, taken on May 9, 2024.

18. Attached hereto as **Exhibit 17** is a true and correct copy of Exhibit 3 from the Colby Deposition, referenced in paragraph 16 above.

19. Attached hereto as **Exhibit 18** is a true and correct copy of Exhibit 4 from the Colby Deposition, referenced in paragraph 16 above.

20. Attached hereto as **Exhibit 19** is a true and correct copy of Exhibit 5 from the Colby Deposition, referenced in paragraph 16 above.

21. Attached hereto as **Exhibit 20** is a true and correct copy of Exhibit 6 from the Colby Deposition, referenced in paragraph 16 above.

22. Defendant's expert Victoria Colby cites a blog site, "explodingtopics.com," on page 18, paragraph 43, footnotes 11 and 12 of the Colby Report, referenced in paragraph 1 above. The cited blog post includes a statistic about Instagram which Colby repeats in paragraph 43, and for this statistic, the blog post includes a link called "Harvard Business School." Attached hereto as **Exhibit 21** is a true and correct copy of the article that is linked as "Harvard Business School" to the blog post statistic about Instagram on which Colby relies in her expert report.

23. Attached hereto as **Exhibit 22** is a true and correct copy of Exhibit 7 from the Colby Deposition, referenced in paragraph 16 above.

24. Attached hereto as **Exhibit 23** is a true and correct copy of Exhibit 9 from the Colby Deposition, referenced in paragraph 16 above.

25. Attached hereto as **Exhibit 24** is a true and correct copy of a document Defendant produced during discovery in this case bearing Bates number ELF0015120. Defendant's expert Victoria Colby cited to this document in footnote 22 of the Colby Report at page 21, paragraph 55.

26. Attached hereto as **Exhibit 25** is a true and correct copy of a document Defendant produced during discovery bearing Bates number ELF0015125. Defendant's expert Victoria Colby cited to this document in footnote 18 of the Colby Report at pages 20-21, paragraph 52.

27. Defendant's expert Victoria Colby cites a website, "cosmeticsbusiness.com," on pages 19-20, paragraph 50, footnote 16 of the Colby Report, referenced in paragraph 1 above. Attached hereto as **Exhibit 26** is a true and correct copy of this webpage cited in footnote 16, located at https://cosmeticsbusiness.com/the-business-of-beauty-dupes-5-ways-copycat-culture-is-evolving-205996, last visited June 12, 2024.

28. Attached hereto as **Exhibit 27** is a true and correct copy of the cnbc.com article Defendant's expert Victoria Colby cites in footnote 21, on page 21, paragraph 54 of the Colby Report.

29. Attached hereto as **Exhibit 28** is a true and correct copy of excerpts from the expert report and related exhibits from Defendant's expert Sarah Butler, dated March 1, 2024.

30. Attached hereto as **Exhibit 29** and filed provisionally under seal is a true and correct copy of excerpts from the deposition of Sarah Butler, taken on May 2, 2024.

31. Attached hereto as **Exhibit 30** is a true and correct copy of is a true and correct copy of excerpts from the reply report of Defendant's expert Sarah Butler, dated April 26, 2024.

32. During the fact discovery period, e.l.f. conducted third-party discovery, and thereby obtained declarations from five third parties that had offered mascara in a pink and black tube at some point in the last ten years. These third-party declarations show that each of the third-party products either did not embody the asserted trade, had limited sales, and/or has been discontinued.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.  Executed this 13th day of June 2024 at San Francisco, California.

/s/ *Seth B. Herring*
Seth B. Herring

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Case No. 3:23-cv-00861-RS   4
DECLARATION OF SETH B. HERRING IN SUPPORT OF PLAINTIFF'S NOTICE OF MOTION AND MOTION TO EXCLUDE OPINIONS OF VICTORIA COLBY, GLENN MAY, AND SARAH BUTLER