ANTHONY F. LO CICERO (*admitted pro hac vice*)
  alocicero@ARELAW.com
CHESTER ROTHSTEIN (*admitted pro hac vice*)
  crothstein@ARELAW.com
RICHARD MANDARO (*admitted pro hac vice*)
  rmandaro@ARELAW.com
CHRISTOPHER LISIEWSKI (*admitted pro hac vice*)
  clisiewski@ARELAW.com
AMSTER ROTHSTEIN & EBENSTEIN LLP
405 Lexington Avenue, 48th Floor
New York, New York 10174
Telephone: (212) 336-8000
Facsimile: (212) 336-8001

STEPHEN C. STEINBERG (SBN 230656)
  ssteinberg@bzbm.com
BARTKO LLP
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile: (415) 956-1152

*Attorneys for Defendant e.l.f. Cosmetics, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| BENEFIT COSMETICS LLC,<br><br>Plaintiff,<br><br>v.<br><br>E.L.F. COSMETICS, INC.,<br><br>Defendant. | Case No. 3:23-cv-00861-RS<br><br>**DECLARATION OF ANTHONY LO CICERO IN SUPPORT OF E.L.F. COSMETIC, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Hearing Date:  July 18, 2024<br>Time:          1:30 p.m.<br>Courtroom:     3<br><br>Judge:         Hon. Richard Seeborg |

I, Anthony F. Lo Cicero, declare as follows:

1.      I am an attorney duly admitted *pro hac vice* to practice before this Court. I am Partner of Amster Rothstein & Ebenstein LLP ("Amster Rothstein"), attorneys of record for Defendant e.l.f. Cosmetics, Inc. ("e.l.f."). I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify thereto. I make this declaration in support of e.l.f.'s Administrative Motion to File Documents Under Seal (the "Administrative Motion") pursuant to Civil Local Rules 7-11 and 79-5 filed in connection with e.l.f.'s Opposition to Plaintiff Benefit Cosmetics LLC's ("Benefit") Motion to Strike Portions of Expert Reports and Testimony ("e.l.f.'s Opposition Motion").

2.      e.l.f seeks an Order from the Court permitting it to: (1) file under seal unredacted versions of e.l.f.'s Opposition to Plaintiff Benefit Cosmetics LLC's ("Benefit") Motion to Strike Portions of Expert Reports and Testimony ("e.l.f.'s Opposition Motion") as well as the following exhibits to the Declaration of Anthony F. Lo. Cicero In Support of Defendant e.l.f.'s Cosmetic's Inc.'s Opposition to Plaintiff Benefit Cosmetic LLC's Motion to Strike Portions of Expert Reports and Testimony  ("Lo Cicero Decl."): Exhibit A (excerpts from the deposition transcript of Ms. Evans); Exhibit B (copy of Exhibit 5 to the deposition produced by Benefit of Ms. Evans under the Bates stamp BENEFIT001721-001723); Exhibit C (copy of Appendix B of the Expert Report of Mr. Teshome); Exhibit D (excerpts from the deposition transcript of Mr. Hansen); Exhibit E (excerpts from the deposition transcript of Mr. May); and Exhibit F (excerpts from the deposition transcript of Mr. Teshome) because each contains citations and/or references to e.l.f.'s and/or Benefit's confidential business information; and (2) publicly file redacted versions of e.l.f.'s Opposition to Benefit's Motion to Strike, once Benefit has had an adequate opportunity to review and comment on e.l.f.'s proposed redactions of Benefit's purportedly confidential information. The foregoing documents contain e.l.f.'s confidential information that it has designated as HIGHLY CONFIDENTIAL–ATTORNEYS' EYES ONLY, which may include e.l.f.'s business, financial, and marketing information and strategies.

3.      e.l.f. has highlighted the portions of each unredacted document it seeks to seal

because those portions include confidential information.[1]  Specifically:

    a.   e.l.f. seeks to seal the green and yellow highlighted portions of e.l.f.'s Opposition Motion; and

    b.   e.l.f. seeks to seal Exhibits A through F to the Lo Cicero Decl. in their entirety.

4.   e.l.f. seeks to seal the information detailed above because it includes confidential information that e.l.f. and/or Benefit has designated as CONFIDENTIAL or HIGHLY CONFIDENTIAL–ATTORNEYS' EYES ONLY.  The information e.l.f. seeks to seal from public disclosure concern e.l.f.'s business, financial, and marketing information and strategies, and related expert reports and expert deposition testimony.

5. Knowledge of the information e.l.f. seeks to seal by the public is potentially damaging to e.l.f.  For example, a competitor of e.l.f.'s with full knowledge of e.l.f.'s experts' opinions and testimony regarding its marketing and financials set forth in the experts' reports and testimony may gain a competitive advantage over e.l.f. with this knowledge.

6.   e.l.f. has prepared a version of e.l.f.'s Opposition to Benefit's Motion to Strike that narrowly redacts only the information e.l.f. seeks to file under seal as well as the information that Benefit has designated as CONFIDENTIAL or HIGHLY CONFIDENTIAL–ATTORNEYS' EYES ONLY.  e.l.f. is prepared to file these narrowly tailored redacted versions in the public record once Benefit has had an opportunity to review and consider the proposed redactions of Benefit-designated confidential material.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

---

[1] e.l.f.'s Opposition Motion and Exhibits A-F also contain information highlighted in green that Benefit has designated as CONFIDENTIAL or HIGHLY CONFIDENTIAL–ATTORNEYS' EYES ONLY pursuant to the Protective Order.  The Benefit-designated material is the subject of a separate, concurrently-filed Administrative Motion to Consider Whether Another Party's Material Should Be Sealed pursuant to Civil L.R. 79-5(f).

DATED: June 27, 2024

By: */s/ Anthony F. Lo Cicero*
Anthony F. Lo Cicero (*admitted pro hac vice*)
Chester Rothstein (*admitted pro hac vice*)
Richard Mandaro (*admitted pro hac vice*)
Christopher Lisiewski (*admitted pro hac vice*)
**AMSTER ROTHSTEIN & EBENSTEIN LLP**
405 Lexington Avenue, 48th Floor
New York, New York 10174
Telephone: (212) 336-8000
Facsimile: (212) 336-8001

Stephen C. Steinberg (SBN 230656)
**BARTKO LLP**
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile: (415) 956-1152

*Attorneys for Defendant e.l.f. Cosmetics, Inc.*

## **ATTESTATION OF E-FILER**

The undersigned ECF user whose identification and password are being used to file the foregoing document hereby attests that all signatories herein, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: June 27, 2024                */s/ Stephen C. Steinberg*
                    Stephen C. Steinberg