UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 23-cv-00861-RS
Case Name: <u>Benefit Cosmetics LLC v. E.L.F. Cosmetics, Inc.</u>

TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Richard Seeborg | Seth Herring<br>Adaline Hilgard<br>Quynh La | Anthony Lo Cicero<br>Stephen Steinberg<br>Richard Mandaro<br>Chris Lisiewski |
| **TRIAL DATE:**<br>8/30/2024 | **REPORTER(S):**<br>Ana Dub | **CLERK:**<br>Corinne Lew |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | **8/30/2024** | | | | |
| | | 8:29 am | | | **Court and counsel present.** | |
| | | 8:29 am | | | **Cross of witness V. Colby by A. Hilgard.** | |
| | | 8:40 am | | | **Witness V. Colby excused.** | |
| | | 8:40 am | | | **Defendant calls witness Abel Teshome. Witness is sworn. Direct by R. Mandaro.** | |
| PTX236 | | 8:53 am | X | X | **Feb. 11, 2024 e.l.f. produced financial data for Lash N Roll Sales.** | |
| | DTX-130 | 8:56 am | X | X | **Teshome Expert Report Exs.1.1-4.9 -Mascara Product Unit Variance Reports & e.l.f. Sales Data.** | |
| | | 9:21 am | | | **Cross of witness A. Teshome by S. Herring.** | |
| | | 9:36 am | | | **Re direct of A. Teshome by R. Mandaro.** | |
| | | 9:39 am | | | **Re cross of witness A. Teshome by S. Herring.** | |
| | | 9:40 am | | | **Witness A. Teshome excused.** | |
| | | 9:40 am | | | **Plaintiff calls rebuttal witness Tim Fletcher. Witness is sworn. Direct by A. Hilgard.** | |
| PTX283 | | 9:49 am | X | X | **March 29, 2024 Curriculum Vitae for Timothy P. Fletcher. (Exh. 001 to Expert Report of T. Fletcher)** | |
| PTX284 | | 9:50 am | X | X | **March 29, 2024 Materials Considered for Timothy P. Fletcher. (Exh. 002 to Expert Report of T. Fletcher)** | |
| | | 10:03 am | | | **Break** | |
| | | 10:20 am | | | **Court and counsel are present.**<br>**Resume direct with rebuttal witness T. Fletcher by A. Hilgard.** | |
| | | | | | | |

1

Case No: 23-cv-00861-RS
Case Name: Benefit Cosmetics LLC v. E.L.F. Cosmetics, Inc.
Date: August 30, 2024
Courtroom Deputy: Corinne Lew   - Court Reporter: Ana Dub

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 10:43 am | | | Cross of rebuttal witness T. Fletcher by A. Lo Cicero. | |
| | | 11:15 am | | | Rebuttal witness T. Fletcher excused. | |
| | | 11:15 am | | | Break | |
| | | 11:28 am | | | Court and counsel are present. | |
| | | 11:32 am | | | Plaintiff calls rebuttal witness Dr. Jeffery Alan Stec. Witness is sworn. Direct by S. Herring. | |
| PTX281 | | 11:35 am | X | X | March 29, 2024 Curriculum Vitae for Jeffrey A. Stec (Exh. 1 to Rebuttal Expert Report of J. A. Stec) | |
| | | 12:14 pm | | | Cross of rebuttal witness of Dr. Stec by A. Lo Cicero. | |
| | | 12:34 pm | | | Re direct of rebuttal witness Dr. Stec by S. Herring. | |
| | | 12:36 pm | | | Re cross of rebuttal witness Dr. Stec by A. Lo Cicero. | |
| | | 12:37 pm | | | Rebuttal witness Dr. Stec excused. | |
| | | 12:28 pm | | | Court adjourned for the day. Bench Trial continued to 9/3/2024 at 8:30 am. | |

2