UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENEFIT COSMETICS LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>E.L.F. COSMETICS, INC.,<br><br>    Defendant. | Case No.  23-cv-00861-RS<br><br>**JUDGMENT** |

Pursuant to the Opinion and Order, Dkt. No. 178, and Federal Rule of Civil Procedure 58, judgment is entered in favor of Defendant e.l.f. Cosmetics, Inc. and against Plaintiff Benefit Cosmetics LLC on Plaintiff's causes of action under the Lanham Act, California common law, and Cal. Bus & Prof. Code § 17200.

**IT IS SO ORDERED**.

Dated: December 17, 2024

_____
RICHARD SEEBORG
Chief United States District Judge